**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| EZEQUIEL LOPEZ-ANTUNEZ,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 26-CV-3693 (MJD/JFD)<br><br><br><br>**REPORT AND RECOMMENDATION** |

---

In a letter dated August 20, 2026, the Clerk of Court informed Petitioner Ezequiel Lopez-Antunez that the Court had received his case-opening document, but had not received the requisite filing fee ($5.00 for a Petition for Writ of Habeas Corpus) nor, in the alternative, an Application to Proceed Without Prepayment of Fees ("IFP Application"). (*See* Dkt. No. 2.) The Clerk of Court further informed Mr. Lopez-Antunez that failure to pay the filing fee or submit the IFP Application within 15 days after the date of the letter–that is, by September 4, 2026—could result in his case being "summarily dismissed without prejudice." (*Id.*)

That deadline has now passed, and Mr. Lopez-Antunez has not paid this action's filing fee nor submitted an IFP Application. In fact, Mr. Lopez-Antunez has not communicated with the Court about this case at all since commencing this action. Accordingly, this Court now recommends, consistent with the warning previously given to Mr. Lopez-Antunez, that this action be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. *See Wewerka v. Roper*, 431 F. App'x 517,

517 (8th Cir. 2011) (per curiam) (affirming dismissal without prejudice pursuant to Rule 41(b) following prisoner's failure to pay initial partial filing fee).

**RECOMMENDATION**

Based upon the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: September 21, 2026

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge

**NOTICE**

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).