**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ezequiel Lopez-Antunez,

Petitioner,

v.

United States of America,

Respondent.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Civil File No. 26-03693 (MJD/JFD)

---

Ezequiel Lopez-Anunez, Petitioner, pro se.
Perry Sekus, Assistant United States Attorney, Counsel for Respondent.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John F. Docherty dated September 21, 2026. No objections have been filed to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge John F. Docherty.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge John F. Docherty dated September 21, 2026. **[Doc. 4]**; and

2. This matter is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 13, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court